# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVON ANNETTE SEAWOOD,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 19cv555-LAB (WVG)<br><br>**ORDER ADOPTING IN PART REPORT AND RECOMMENDATION** |

This case was referred to Magistrate Judge William Gallo for a report and recommendation, including a ruling on Plaintiff Lavon Annette Seawood's motion to proceed *in forma pauperis* ("IFP"). Judge Gallo issued a report and recommendation (Docket no. 5, the "R&R"), recommending that the IFP motion be denied and that the complaint be dismissed without prejudice. Objections were due May 7.

On the deadline, Seawood filed an amended complaint and a renewed motion to proceed IFP, but no objections to the R&R.

To the extent it recommends denial of the initial IFP motion and finds that the original complaint is deficient, the Court agrees and **ADOPTS** the R&R. The original IFP motion (Docket no. 3) is **DENIED WITHOUT PREJUDICE**. The Court

accepts the amended complaint as filed, rendering moot the recommendation that the original complaint be dismissed. The renewed IFP motion (Docket no. 7) is **REFERRED** to Judge Gallo, and the order of reference (Docket no. 4) remains in effect.

**IT IS SO ORDERED**.

Dated: May 8, 2019

*[signature]*
Hon. Larry Alan Burns
Chief United States District Judge