UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVON ANNETTE SEAWOOD,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No.:  19cv555-LAB (WVG)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

This case was referred to Magistrate Judge William Gallo for a report and recommendation. The parties filed cross motions for summary judgment, and Judge Gallo issued his report and recommendation (the "R&R") on April 2, 2020. Because counsel for both parties are capable of filing electronically, the Court ordered that any objections be filed by May 1, regardless of any COVID-19 related restrictions in place. (*See* Docket no. 22.) Neither party has filed objections.

A district court has jurisdiction to review a Magistrate Judge's report and recommendation on dispositive matters. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). "The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to." *Id.* Section 636(b)(1) similarly requires that a district judge "make a de novo determination of those portions of

the report or specified proposed findings or recommendations to which objection is made." "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*

This section does not require some lesser review by the district court when no objections are filed. *Thomas v. Arn*, 474 U.S. 140, 149–50 (1985). The "statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (emphasis in original).

Having reviewed the R&R, the Court finds it to be correct, and **ADOPTS** it. Plaintiff's motion for summary judgment is **DENIED**, and Defendant's motion for summary judgment is **GRANTED**. This action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Dated: May 5, 2020

Hon. Larry Alan Burns
Chief United States District Judge